

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2014

No. 04-14-00383-CR

Sean **LEBO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 413956
Honorable Bill C. White, Judge Presiding

## O R D E R

    Appointed counsel for appellant Sean Lebo has filed a motion to abate this appeal and remand the case to the trial court. We **grant** the motion. The appeal is abated and the case is remanded to the trial court. We **order** the trial court to conduct a hearing to determine whether there is a potential conflict of interest that disqualifies counsel from continuing to represent appellant in this matter and to appoint new appellate counsel if necessary.

    We further **order** the trial court to cause a record of its findings and orders in this matter to be filed in this court by **January 8, 2015.**

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court